# AMENDED CHAPTER 13 PLAN

Case No.: 10-42291

Debtor(s): **Roy Gene Hunter**  SS#: **xxx-xx-6491**  Net Monthly Earnings: **248.00**

SS#: _____  Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **248.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total amount of debt to be distributed by the Trustee is $ **14,880.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| ALABAMA DEPT OF REVENUE | Taxes and certain other debts | $3858.70 | $71.46 |
| ALABAMA DEPT OF REVENUE | Taxes and certain other debts | $595.14 | $11.03 |

   B. Total Attorney Fee: $ **2,750.00** ; **$300.00** to be paid at confirmation and remaining to be paid as soon as funds are available.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| -NONE- | | by Trustee / by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **8/12/10**.
   ☒ This plan proposes to pay unsecured creditors approximately **3** %.
   ☒ Debtor **assumes**/~~rejects~~ lease and/or executory contract with **DARLA NOICE**.
   ☒ Other Provisions:
   X Debtors will continue to pay for pre petition and post petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 USC Section 366.
   X Secured claim holders will begin receiving distributiuons once the administrative fees are paid.

Attorney for Debtor Name/Address/Telephone #  Date **OCTOBER 5, 2010**  **/s/ Roy Gene Hunter**
**JOHN W. JENNINGS, JR.**  Roy Gene Hunter
111 South 10th Street  Signature of Debtor
Gadsden, AL 35901
Telephone # 256-547-8886