**10-42291 HUNTER**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Amended plan on the attached list of creditors by placing a copy of the same in the U.S. Mail in accordance with Rule 5.

Done this the 5 day of OCTOBER, 2010.

                                             /s/ John W. Jennings, Jr.
                                            JOHN W. JENNINGS, JR.
                                            Attorney for Debtor
                                            111 South 10th Street
                                            Gadsden, AL 35901
                                            (256) 547-8886

STATE OF ALABAMA
SPECIAL AUDIT SECTION
P.O. BOX 327442
Montgomery, AL 36132

FLOOR SOURCE
274 COVINGTON AVENUE
Attalla, AL 35954

UNITED MARBLE
115 RAINBOW INDUSTRIAL BLVD
Gadsden, AL 35901

Acacollect
6116 N Central Exp
Dallas, TX 75206

FOOTE BROS CARPET
200 WEST MEIGHAN BLVD
Gadsden, AL 35901

BRAD CORNETT
140 SOUTH 9TH STREET
Gadsden, AL 35901

ANNISTON FIRE PLACE
200 MACHO DRIVE
Anniston, AL 36206

Holloway
P O Box 27
Huntsville, AL 35804

JAMES TURNBACK
200 CHESTNUT STREET
STE A
Gadsden, AL 35901

Cb Bess Coll
1920 3rd Avenue N
Bessemer, AL 35020

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

LINDA B. GORE, TRUSTEE
P.O. BOX 1338
Gadsden, AL 35902

DANA AND PAMELA WEBB
C/O ALAN FURR, ESQ.
614 MARTIN STREET NORTH
Pell City, AL 35125

KEVIN ASHLEY
C/O JACK FLOYD
808 CHESTNUT STREET
GADSDEN, AL 35901

DARLA NOICE
6 VALLEY WAY
Gadsden, AL 35901

PLUMBERS WHOLESALE
2100 FORREST AVENUE
Gadsden, AL 35904

DOUGLAS GUYTON
318 CONNEL STREET
Gadsden, AL 35901

ROBERT LINDSEY
C/O MICHAEL HANEY
601 BROAD STREET, 2ND FLOOR
Gadsden, AL 35901

EAST ALABAMA PORTABLES
2680 BYNUM LEATHERWOOD ROAD
Anniston, AL 36201

SOUTHSIDE BUILDING PRODUCTS
P.O. BOX 27
Huntsville, AL 35804

EAST ALABAMA TRANS
P.O. BOX 334
Centre, AL 35960

SOUTHSIDE GARAGE DOOR
3780 LAKEFRONT CIRCLE
SOUTHSIDE, AL 35907