UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:

ROY GENE HUNTER,                    *
    Debtor.                         *       BK CASE NO.: 10-42291-JJR-13
                                    *
                                    *

**MOTION TO APPROVE COMPROMISE
PURSUANT TO RULE 9019**

    Debtor, Roy Gene Hunter and parties in interest Kevin Ashley & Krista Ashley, duly listed Creditors, move the Court pursuant to Bankruptcy Rule 9019 to approve a compromise settlement to resolve the Ashleys' *Objection to Confirmation* (Doc 35) and *Motion to Dismiss* (Doc 39), upon the following terms, to wit:

    1.     The Stay issued pursuant to 11 U.S.C. §362 is lifted for the Ashleys to pursue a judgment for liability and damages against the Debtor and, if the Debtor should file any future case(s), Debtor agrees that no Stay pursuant to §362 shall arise against the Ashleys.

    2.     All claims of the Ashleys are Excepted from any Discharge the Debtor might obtain in this case and/or in any other cases filed by the Debtor in the Bankruptcy Court.

    3.     The Ashleys acknowledge that the Debtor's social security benefits are exempt from garnishment pursuant to 42 U.S.C. §407(a).

    4.     The Objection to Confirmation and Motion to Dismiss are to be withdrawn upon the Court's approval of this compromise.

    WHEREFORE, PREMISES CONSIDERED, the parties move the court to approve this compromise.

/s/ A. Wilson Webb                          /s/ John W. Jennings, Jr.
Attorney for Kevin & Krista Ashley          Attorney for Debtor, Roy Gene Hunter
101 Church Street                           111 South 10th Street
Rainbow City, AL 35906                      Gadsden, AL 35901
(256) 543-0150                              (256) 547-8886

**Certificate of Service**

I hereby certify that the foregoing Motion has been served upon all parties in interest in the following manner, the same date as filed with the court:

By Electronic Notice:

Linda B Gore, Trustee    debtors@bellsouth.net, ch13books@bellsouth.net

Mike Haney on behalf of Robert Lindsey    mikehaney@bellsouth.net

John W Jennings on behalf of Debtor Roy Hunter   jr6608@bellsouth.net

Brad Cornett on behalf of Builders Supply Zone    brad@fordhowardcornett.com

James Turnbach   jturnbach@twrlpc.com


By First Class Mail, postage prepaid and properly affixed::

By placing the same in the care of the USPS addressed as set forth on the attached Matrix, save and except for those crossed out in Red who are served as set forth above.

/s/ A. Wilson Webb

```
Label Matrix for local noticing      U. S. Bankruptcy Court              ALA DEPT OF REVENUE LEGAL DIV
1126-1                               1129 Noble Street, Room 117         P.O. BOX 320001
Case 10-42291-JJR13                  Anniston, AL 36201-4674             MONTGOMERY, AL 36132-0001
NORTHERN DISTRICT OF ALABAMA
Anniston
Tue Nov  2 14:20:15 CDT 2010

ANNISTON FIRE PLACE                  BRAD CORNETT                        CANDICA L.L.C.
200 MACHO DRIVE                      140 SOUTH 9TH STREET                C O WEINSTEIN AND RILEY, PS
Anniston, AL 36206                   Gadsden, AL 35901-3646              2001 WESTERN AVENUE, STE 400
                                                                         SEATTLE, WA 98121-3132


Cb Bess Coll                         DANA  AND PAMELA WEBB               DARLA NOICE
1920  3rd Avenue N                   C/O ALAN FURR, ESQ.                 6 VALLEY WAY
Bessemer, AL 35020-4910              614 MARTIN STREET NORTH             Gadsden, AL 35901
                                     Pell City, AL 35125-1325


DOUGLAS GUYTON                       EAST ALABAMA PORTABLES              EAST ALABAMA TRANS
318 CONNEL STREET                    2680 BYNUM LEATHERWOOD ROAD         P.O. BOX 334
Gadsden, AL 35901-2662               Anniston, AL 36201-3338             Centre, AL 35960-0334


FLOOR SOURCE                         FOOTE BROS CARPET                   HSBC Bank Nevada, N.A.
274 COVINGTON AVENUE                 200 WEST MEIGHAN BLVD               by PRA Receivables Management, LLC
Attalla, AL 35954-3353               Gadsden, AL 35901-3210              PO Box 12907
                                                                         Norfolk VA 23541-0907


Holloway                             Hsbc Bank                          JAMES TURNBACK
P O Box 27                           Attn: Bankruptcy                   200 CHESTNUT STREET
Huntsville, AL 35804-0027            Po Box 5213                        STE A
                                     Carol Stream, IL 60197-5213        Gadsden, AL 35901-4235


KEVIN ASHLEY                         LINDA B. GORE, TRUSTEE             PLUMBERS WHOLESALE
C/O JACK FLOYD                       P.O. BOX 1338                     2100 FORREST AVENUE
808 CHESTNUT STREET                  Gadsden, AL 35902-1338             Gadsden, AL 35904-2099
GADSDEN, AL 35901-4033


ROBERT LINDSEY                       SOUTHSIDE BUILDING PRODUCTS         SOUTHSIDE GARAGE DOOR
C/O MICHAEL HANEY                    P.O. BOX 27                        3780 LAKEFRONT CIRCLE
601 BROAD STREET, 2ND FLOOR          Huntsville, AL 35804-0027          SOUTHSIDE, AL 35907-0533
Gadsden, AL 35901-3721


STATE OF ALABAMA                     UNITED MARBLE                      John W Jennings Jr
SPECIAL AUDIT SECTION                115 RAINBOW INDUSTRIAL BLVD         111 South 10th Street
P.O. BOX 327442                      Gadsden, AL 35906-8901             Gadsden, AL 35901-3614
Montgomery, AL 36132-7442


Linda B Gore                         Roy Gene Hunter
NON-PAYMENTS: P.O. Box 1338          21 Village Drive
Gadsden, AL 35902                    Gadsden, AL 35901-8500
```