UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Roy Hunter  §
§ Case No.: 10-42291
§ Chapter 13

## AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS:

Comes now, Linda B. Gore, Trustee in this Chapter 13 case, and objects to confirmation of the plan and moves to dismiss this case for the following reasons:

1. **Pursuant to 11 U.S.C. §1325 (a)(3), the plan is not proposed in good faith due to multiple filings (4th case).**

2. **Debtor may not be eligible to file a Chapter 13 case. Chapter 7 discharge denied. Debtor is living on social security and has no secured debt.**

Respectfully submitted on the 18th day of November, 2010.

_____
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, AL 35902
(256) 546-9262

## CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has been filed with the Clerk of the Court for immediate electronic service upon debtor(s) attorney, John Jennings, at jr6608@bellsouth.net on this the 18th day of November, 2010.

_____
LINDA B. GORE, TRUSTEE